# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19 CV 018

| | |
|---|---|
| NTE ENERGY SERVICES COMPANY, LLC, <br><br> Plaintiff, <br> v. <br><br> CEI KINGS MOUNTAIN HOLDINGS, LLC, WATTAGE FINANCE-NC, LLC, CASTILLO INVESTMENT HOLDINGS, LLC, <br><br> Defendants. | ORDER |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 8) filed by Peter A. Santos. The Motion indicates that Mr. Santos, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of George W. Kroup, who the Motion represents as being a member in good standing of the Bar of New York. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 8) and **ADMITS** George W. Kroup to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 18, 2019

W. Carleton Metcalf
United States Magistrate Judge