IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 018

| | |
|---|---|
| NTE ENERGY SERVICES COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ORDER |
| | ) |
| CEI KINGS MOUNTAIN HOLDINGS, LLC, WATTAGE FINANCE-NC, LLC, CASTILLO INVESTMENT HOLDINGS, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 25) filed by Nancy S. Litwak. The Motion indicates that Ms. Litwak, a member in good standing of the Bar of this Court, is local counsel for Defendant Castillo Investment Holdings, LLC, and that she seeks the admission of Gregory F. Laufer, who the Motion represents as being a member in good standing of the Bar of New York. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 25) and **ADMITS** Gregory F. Laufer to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 12, 2019

W. Carleton Metcalf
United States Magistrate Judge