# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19 CV 018

| | |
|---|---|
| NTE ENERGY SERVICES COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ORDER |
| | ) |
| CEI KINGS MOUNTAIN HOLDINGS, LLC, WATTAGE FINANCE-NC, LLC, and CASTILLO INVESTMENT HOLDINGS, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 33) filed by Cory Hohnbaum. The Motion indicates that Mr. Hohnbaum, a member in good standing of the Bar of this Court, is local counsel for Defendants CEI Kings Mountain Holdings, LLC, and Wattage Finance-NC, LLC, and that he seeks the admission of Peter Isajiw, who the Motion represents as being a member in good standing of the Bar of New York. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 33) and **ADMITS** Peter Isajiw to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 15, 2019

_____
W. Carleton Metcalf
United States Magistrate Judge