# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00018-MR-WCM

| | |
|---|---|
| NTE ENERGY SERVICES COMPANY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CEI KINGS MOUNTAIN HOLDINGS, LLC, WATTAGE FINANCE-NC, LLC, and CASTILLO INVESTMENT HOLDINGS, INC., <br><br> Defendants/Claimants. | **ORDER FOR DISTRIBUTION OF INTERPLEADER FUNDS AND DISMISSAL** |

**THIS MATTER** is before the Court on the parties' Stipulation Regarding Distribution of Interpleader Funds and Dismissal [Doc. 43].

Having reviewed the parties' Stipulation, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** as follows:

(1) The interpleader funds that were deposited with the Court by the Plaintiff in the amount of $13,269,397.88 are hereby **RELEASED** and shall be distributed in the following manner:

$11,318,041.86 to CEI Kings Mountain Holdings, LLC;

$461,261.78 to Wattage Finance-NC, LLC; and

$1,490,094.24 to Castillo Investment Holdings, LLC.

(2) The interest accrued on the above-referenced interpleader funds is hereby **RELEASED** and shall be distributed among the Defendants in proportion to their entitlement to the above-referenced interpleader funds.

(3) The Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Signed: June 20, 2019

Martin Reidinger
United States District Judge